| | |
|---|---|
| DARRELL KEITH WILLIAMS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of<br>Social Security,<br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:15-CV-22-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** plaintiff's objections to the M&R [D.E. 30] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 25] is DENIED, defendant's motion for judgment on the pleadings [D.E. 26] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on February 23, 2016, and Copies To:**

| | |
|---|---|
| Roberta L. Edwards | (via CM/ECF Notice of Electronic Filing) |
| Lisa M Rayo | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>February 23, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Nicole Briggeman<br>Deputy Clerk |